IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

HAWK ADVISERS, INC., )
  )
    Plaintiff, )
  )
  ) Civil Action No. 7:18-CV-00145
v. )
  )
RYAN E. GILLENWATER, ) By: Hon. Michael F. Urbanski
  ) Chief United States District Judge
    Defendant. )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby **ORDERED** as follows:

1. The motion to compel arbitration (ECF No. 25) is **GRANTED**;

2. This action is hereby **STAYED** pending the completion of the arbitration proceedings;

3. The Clerk is **DIRECTED** to **CLOSE** the case for administrative purposes with the understanding that either side may move to reopen the case for good cause; and

4. All other pending motions in this case (ECF Nos. 5, 7, 21, and 27) are **DISMISSED AS MOOT**.

It is **SO ORDERED**.

Entered: May 18, 2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge